JON M. SANDS
Federal Public Defender
Jared H. Eggers
AZ State Bar# 031325
Assistant Federal Public Defender
2285 S. 4th Avenue, Suite 2E
Yuma, Arizona 85365
(928) 314-1780
Jared_Eggers@fd.org

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| United States of America,<br><br>    Plaintiff,<br><br>  vs.<br><br>Daniel Roman<br><br>    Defendant. | No. CR-25-00812-02-PHX-SMB<br><br>**MOTION TO MODIFY CONDITIONS OF RELEASE**<br><br>(Fourth Request)<br><br>*Defendant Out of Custody* |

      Defendant, Daniel Roman, respectfully requests a Court order modifying the conditions of his release to permit him to travel to San Luis Rio Colorado, Sonora, Mexico, (Wednesday) December 24, 2025, to (Sunday) December 28, 2025, to visit his family in San Luis Rio Colorado, Mexico. He will be off work for the Christmas holiday and is hoping to spend Christmas with his wife and children in San Luis Rio Colorado, Mexico. He has been working in California and has only had limited opportunities to see his family since his supervision began in June of this year. Mr. Roman's wife and children reside in San Luis Rio Colorado, Mexico, a border town just across the border from San Luis, Arizona, approximately 25 miles from Yuma, AZ. Mr. Roman will have the weekend off from work and would very much like to visit his family over the Christmas holiday weekend. Mr. Roman has been working and complying with all of his pretrial supervision conditions. Mr. Roman has been under pretrial supervision since June 18, 2025, and last traveled to San Luis Rio Colorado approximately a week ago for a day trip. He did not have any issues following the Court's orders and will only travel with the permission of this Court and under the supervision of his supervising officer. His pretrial officer has directed him to phone upon his departure and upon his return if this request is granted. For those reasons we respectfully request this Court grant this motion.

…

…

Mr. Roman understands all existing orders regarding his conditions of release remain in full force and effect. Assistant United States Attorney, Sheila Phillips, and U.S. Pre-Trial Service Officer, Karina Reyes, do not oppose this request.

No prejudice is expected to either the government or to the defendant from the granting of this motion.

Excludable delay under 18 U.S.C. Section 3161(h)(7)(B)(i) and (iv) may result from this motion or from an order based thereon.

Respectfully submitted: December 15th, 2025.

JON M. SANDS
Federal Public Defender

*s/Jared H. Eggers*
JARED H. EGGERS
Assistant Federal Public Defender