IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br>　　　　　Plaintiff,<br>　　vs.<br>Daniel Roman<br>　　　　　Defendant | No. CR-25-00812-02-PHX-SMB<br><br>**ORDER**<br>(Fourth Request) |

　　　Upon motion of the defendant, having no opposition by Pretrial Services, and good cause appearing therefore,

　　　IT IS HEREBY ORDERED modifying Daniel Roman's conditions of release permitting Mr. Roman to travel to San Luis Rio Colorado, Mexico on Wednesday, December 24, 2025, and return Sunday, December 28, 2025.

　　　IT IS FURTHER ORDERED that all other conditions of release imposed on the defendant will remain the same unless otherwise ordered by this Court.

　　　The Court finds excludable delay under 18 U.S.C. § 3161(h) _____ from _____ to _____.